**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7593**

---

RUDOLPH RENFROW,

Plaintiff - Appellant,

versus

EDWARD C. MORRIS, Deputy Director Virginia
Department of Corrections; EDDIE PEARSON,
Chief Warden, Sussex II State Prison; JAMILLA
F. BURNEY, Assistant Warden Sussex II State
Prison; EARLY T. TURNER, Unit Manager, Build-
ing #1 Sussex II State Prison; WANDA ROLLINS,
Operations Officer Sussex II State Prison;
JOHN THOMAS, Deputy Director; DISTRICT OF
COLUMBIA DEPARTMENT OF CORRECTIONS; HULON L.
WILLIS, JR., Contract Monitor, District of
Columbia Department of Corrections,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge. (CA-01-9-3)

---

Submitted:  January 17, 2002          Decided:  January 29, 2002

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Rudolph Renfrow, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rudolph Renfrow, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Renfrow v. Morris</u>, No. CA-01-9-3 (E.D. Va. Aug. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>